RECEIVED

AUG 17 2005

ROBERT H. S⋯ ⋯ELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE/OPELOUSAS DIVISION

| | | |
|---|---|---|
| CHIARRA CARRIERE BACQUE | * | CIVIL ACTION NO. 04-1427 |
| VERSUS | * | JUDGE MELANÇON |
| CHAD LEGER, ET AL | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge as set forth in open court on July 28, 2005, after an independent review of the entire record, noting the lack of objections, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion for Contempt (rec. doc. 23) filed by defendants, Chief Chad Leger, City of Scott, Byron Romero and David Sonnier, is DENIED.

IT IS FURTHER ORDERED that defendants' request to strike the plaintiff's claim for economic loss is DENIED as premature.

Thus done and signed this ___ day of _____, 2005, at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge